# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FRANKLIN STREET IV, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CUSTOMIZED DISTRIBUTION, LLC, <br><br> Defendant. | Case No. 1:21-cv-05060-JPB |

## ORDER APPROVING JOINT STIPULATION FOR CONDITIONAL CERTIFICATION PURSUANT TO THE FLSA

This matter comes before the Court on the parties' Joint Motion For Order Approving Joint Stipulation For Conditional Certification Pursuant To The FLSA. For good cause shown, the motion is GRANTED.

IT IS HEREBY ORDERED that the parties' proposed notice is APPROVED, and the Joint Stipulation and the Exhibits are ADOPTED as an order of this Court. This action is hereby CONDITIONALLY CERTIFIED as a Collective Action pursuant to the Fair Labor Standards Act. The parties shall issue notice to Potential Opt-Ins according to the procedures set forth in the Joint Stipulation.

SO ORDERED, this __10th__ day of __March__, 2022.

_____
J. P. Boulee
United States District Judge

8088281v.1